UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CAONAISSA WON,

                        Plaintiff,                    JUDGMENT
     v.                                                   21-cv-02867-NGG-LKE

AMAZON.COM SERVICES LLC,

                        Defendant.
----------------------------------------------------------------X

       A Memorandum and Order of the Honorable Nicholas G. Garaufis, United States District Judge, having been filed on June 30, 2025, granting Amazon's motion for summary judgment; denying Won's cross-motion for partial summary judgment; it is

       ORDERED and ADJUDGED that Amazon's motion for summary judgment is granted; that Won's cross-motion for partial summary judgment is denied; and that all of Won's claims are dismissed.

Dated: Brooklyn, New York                                       Brenna B. Mahoney
        July 1, 2025                                                Clerk of Court

                                                         By:    */s/Jalitza Poveda*
                                                                   Deputy Clerk