UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CAONISSA WON, individually and on behalf
of other persons similarly situated,

                        Plaintiff,                  JUDGMENT

          v.                             21-CV-2867 (NGG) (LKE)

AMAZON.COM SERVICES LLC,

                        Defendant.
----------------------------------------------------------------X

A Memorandum and Order of the Honorable Nicholas G. Garaufis, United States District Judge, having been filed on October 22, 2025, granting Amazon's motion for reconsideration and vacating in part its August Order; and dismissing this case without prejudice; it is

ORDERED and ADJUDGED that Amazon's motion for reconsideration is granted; the Court vacates in part its August Order; and this case is dismissed without prejudice.

Dated: Brooklyn, New York                       Brenna B. Mahoney
       October 27, 2025                   Clerk of Court

                                    By:    */s/Jalitza Poveda*
                                       Deputy Clerk